**No. 56483.**—Decca Navigator System, Inc. *v.* United States, protest 174188–K (New York).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of parts of radar equipment the same in all material respects as the radar equipment the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited the radar equipment parts were held dutiable as claimed.